# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Allen Leroy McFarlin, | No. CV-18-04598-PHX-SMB (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

United States Magistrate Judge Deborah Fine has issued a Report and Recommendation ("R&R") recommending that Defendant Ortiz be dismissed. (Doc. 88). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 5-6) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Fine. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 88) is accepted.

**IT IS FURTHER ORDERED** dismissing Defendant Ortiz without prejudice.

Dated this 27th day of September, 2022.

Honorable Susan M. Brnovich
United States District Judge