# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Allen Leroy McFarlin,<br><br>    Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>    Defendants. | No. CV-18-04598-PHX-SMB<br><br>**ORDER** |

United States Magistrate Judge Deborah Fine has issued a Report and Recommendation ("R&R") recommending that Defendant Melquides and Gurrola's Motion to Dismiss (Doc. 92) be granted. (Doc. 105). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 5-6) (Citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Fine. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 105) is accepted.

…

…

**IT IS FURTHER ORDERED** dismissing this matter with prejudice and directing the Clerk of Court to terminate this case.

Dated this 2nd day of February, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge